UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
JUL - 9 2009
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

Lonny Ray Wilson

    Plaintiff

vs.

Case No: 09-4047

Black Hawk College, Moline Ill.,

    Defendant

PRO SE COMPLAINT AGAINST EMPLOYMENT DISCRIMINATION, UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. §§ 2000e-5

I.   PREVIOUS PROCEEDINGS BEFORE THE EQUAL EMPLOYMENT OPPORTUNITIES COMMISSION (EEOC)

    A. Have you filed a charge before the federal Equal Employment Opportunities Commission (EEOC) relating to this claim of employment discrimination?

       (X) YES

       ( ) NO

    B. If your answer is YES, describe the EEOC proceeding:
       1. Parties to the previous EEOC proceeding:
          Petitioner: Lonny R. Wilson

Page 2

        Respondent:   Black Hawk Collage, Moline Ill

    2. Location of EEOC office that handled your charge: Chicago, Illinois

    3. Docket or case number of your charge: 440-2007-02229

    4. Disposition (what was the final result of your charge): "Based upon its investigation, the EEOC is unable to conclude that information obtained establishes violation of the statutes. This does not certify that the respondent is in compliance with the statues."

    5. Has EEOC written you a right-to-sue letter (telling you that you have the right to sue in a United States District Court if you are dissatisfied with the disposition of your charge)?

        ( X) YES

        ( ) NO

    6. Date of filing charge before EEOC: January 2, 2007.

    7. Date of disposition by EEOC: June 6, 2009.

C. Attach copies of all documents you possess relating to the EEOC proceeding, ESPECIALLY YOUR RIGHT-TO-SUE LETTER.

## II. PREVIOUS LOCAL, STATE OR FEDERAL PROCEEDINGS OTHER THAN EEOC

A. Have you begun other legal proceedings before state or local courts or agencies, or a federal court (but NOT the EEOC) relating to your claim of employment discrimination?

    ( ) YES

    ( X) NO

Page 3

    B. If your answer is YES, describe each legal proceeding:

        1. Parties to the previous legal proceeding:
           Plaintiff(s) or petitioner(s)

           Defendant(s) or respondent(s)

        2. Name of court or agency:

        3. Docket or case number:

        4. Name of the judge or hearing officer:

        5. Disposition (for example: Was the case dismissed?

        6. Date of beginning previous proceeding:

        7. Date of disposition of proceeding:

3

Page 4

    C. Have you attached separate sheets regarding previous state, local or federal legal proceedings (other than EEOC)?

    ( ) YES

    ( X ) NO

## III. PARTIES TO YOUR PRO SE COMPLAINT OF EMPLOYMENT DISCRIMINATION

    A. Plaintiff

        1. Your full name: Lonny Ray Wilson

        2. Your address: 3690 Manchester Dr

            Bettendorf, Ia. 52722

        3. Names and addresses of other plaintiffs, if any:

    B. Have you attached a separate sheet naming other plaintiffs?

      ( ) YES

      ( X ) NO

    C. Defendant (s) (You should name here the first-named respondent, or else its successor, in the previous EEOC proceeding brought by you or on your behalf):

        1. Full name (individual or firm): Black Hawk College

        2. Business address: 6600 34th Avenue
                            Moline Il 61265

Page 5

    3. Job position (if individual)

    4. Status as an entity (if defendant is a business firm):
    ( ) Corporation
    ( ) Partnership
    ( ) Sole Proprietorship
    ( ) Other

    5. Names, business addresses, and job position or entity status of other defendants, if any:

D. Have you attached a separate sheet naming other defendants?

  ( ) YES

  (X) NO

Page 6
IV. <u>STATEMENT OF YOUR CLAIM OF EMPLOYMENT DISCRIMINATION</u>

    A. Were you:
        ( X ) Not hired?
        (   ) Discharged?
        (   ) Suspended?
        (   ) Demoted?
        (   ) Denied Promotion?
        (   ) Denied Wage Increases?
        ( X) Other (please specify):  Black Hawk
            College administrators cooperated to prevent the plaintiff from
            addressing the discrimination and obtaining a remedy.

    B. State here as briefly, concisely and clearly as possible the essential facts of your claim.

On January 13, 2006, Karla Miley, Chair of Behavioral Sciences Department, Black Hawk College, told the plaintiff that she did not hire him to teacher classes in the spring semester, 2006, because of the health problem he had in the fall of 2005. On January 24, 2006, the plaintiff sent her a letter summarizing the January 13 th meeting and included her statement about the reason for not employing him. She was asked to respond in writing if she did not make the statement, but she never replied either verbally or in writing. In a subsequent meeting with her, the issue of the plaintiff's employment was discussed, but again she did not deny the statement. Further, in a May 6, 2006 meeting with her immediate supervisor, Mr. Thomas Hammel, her statement was repeated, but he never denied that she said it. In fact, neither she nor the four Black Hawk administrators contracted denied it either orally or in writing. For about 15 years, the plaintiff taught 4 to 5 classes each year, but after her statement, he was not hired for the spring semester 2006, and the number of classes he taught was reduced to none starting with 2007.

A second violation of the Americans With Disabilities Act involved two Black Hawk College administrators attempting to prevent the plaintiff from reporting the discrimination to one of her supervisors and from getting relief. This was reported to EECO in the complaint filed on January 2, 2007. On October 3, 2006, Mr. Gregory Rogers, Vice President for Administration, Black Hawk College, sent the plaintiff an e-mail stating that, "I advised Dr. Campbell that it would be inappropriate to meet with you regarding this matter", and Dr. Rose Campbell, one of Karla Miley's supervisors, repeatedly refused to meet with the plaintiff.

The plaintiff has copies of all the e-mails that were exchanged with Black Hawk College
    personnel.

Page 7

## V. RELIEF YOU REQUEST

Check below what you want the court to do for you. You may make as many checks as you like.

- (X) Should you prevail in this lawsuit, award you back pay.- $30,000
- (X) Should you prevail in this lawsuit, reinstate you in your old position.
- (X) Should you prevail in this lawsuit, award you certain costs of suit (but not attorneys fees). – $1,000
- (X) Other: Punitive Damages of $10,000 because of administrative obstruction.

## VI. JURY DEMAND

( X ) YES          ( ) NO

Signed this 9 day of July, 2009.

_____
Signature of Plaintiff

ADDRESS: 3690 Manchester Dr.
Bettendorf, Ia 52722

PHONE NO.: 563-359-5503

EEOC Form 161 (2/08)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Lonny R. Wilson<br>3690 Manchester Drive<br>Bettendorf, IA 52722 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

**CERTIFIED MAIL 7001 0320 0006 1100 3789**

[ ] On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2007-02229 | Amy Burkholder,<br>Investigator | (312) 353-8906 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)  *[signature]* John P. Rowe   6/9/09
John P. Rowe,   *(Date Mailed)*
District Director

cc:  **BLACK HAWK COLLEGE**

# FILING SUIT IN COURT OF COMPETENT JURISDICTION

## PRIVATE SUIT RIGHTS

The issuance of this Notice of Right to Sue ends the EEOC process with respect to your Charge. You may file a lawsuit against the Respondent within 90 days from the date you receive this Notice. Therefore, you should keep a record of the date. Once the 90 day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf, your suit should be filed well in advance of the expiration of the 90 day period.

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short Statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the Respondent has its main office.

You may contact the EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

IF THE FIRST THREE CHARACTERS OF YOUR EEOC CHARGE NUMBER ARE "21B" AND YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUEST FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE MUST BE DIRECTED TO IDHR.

A lawsuit against a private employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a State agency or a political subdivision of the State is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment of the American with Disabilities Act or, probably, the Equal Pay Act against a State instrumentality (an agency directly funded and controlled by the State) can only be filed in a State court.

A lawsuit under the Age Discrimination in Employment Act or the American with Disabilities Act or the Equal Pay Act against a political subdivision of a State, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of the U.S. District Courts, please see the reverse side.

## ATTORNEY REPRESENTATION

If you cannot afford an attorney or have been unable to represent you, the court having jurisdiction in your case may assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well in advance of the 90 day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within the 90-day period.

## DESTRUCTION OF FILE

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your Charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

**IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.**

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2007-02229 |
|---|---|---|

Illinois Department Of Human Rights                                    and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Lonny R. Wilson | (563) 359-5503 | 07-27-1940 |

Street Address: 3690 Manchester Drive, Bettendorf, IA 52722

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| BLACK HAWK COLLEGE | Unknown | (309) 796-5000 |

Street Address: 6600 34th Avenue, Moline, IL 61265

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-01-2006   Latest: 01-17-2007
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I.  I was hired by the Respondent as an Adjunct Instructor in August, 1990. Adjunct Instructors are given new contracts for each semester that they will be teaching a class(es). I have taught classes in psychology and sociology. In the Fall, 2005 I was scheduled to teach a class on Saturdays. I had to inform my supervisor that I could not teach during this semester because I was experiencing a health problem. I did state that I wanted to continue teaching at the Respondent and I would be ready the following semester. I did not elaborate that I had a disability. When the Spring semester of 2006 was approaching I was not offered a contract. I scheduled a meeting with my supervisor that was held on January 13, 2006. At the meeting my supervisor explained that I was not offered a contract because of what I said before the previous semester, that I had a "health problem." On February 22, 2006 I filed an internal discrimination complaint with the Respondent's AA/EEO Office. On March 1, 2006 a Resolution Meeting was held concerning my complaint. My supervisor offered to hire me for three more semesters (Summer 2006, Fall 2006 and Spring 2007) with no further obligation to do so thereafter. Since I had been working at the Respondent since 1990, I wanted some assurance of job continuity. The Respondent would not agree to this and there was no resolution of my complaint. I was not offered contracts for the semesters in question, including the current Spring semester that began on January 17, 2007.

II. I believe that I have been discriminated against by the Respondent because they perceive that I have a disability, or disabilities, in violation of the Americans With Disabilities Act of 1990.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

X 1-30-07    X [signature] Lonny R. Wilson
Date              Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

RECEIVED EEOC FEB - 2 2007 CHICAGO DISTRICT OFFICE



# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
# INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. **Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). Incomplete responses may delay further processing of your questionnaire by EEOC.** If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a."

*(PLEASE PRINT)*

1. **Personal Information**

Last Name: WILSON , First Name: LONNY  MI: R
Street or Mailing Address: 3690 Manchester Dr.   Apt Or Unit #: ___
City: Bettendorf   County: Scott   State: IA  Zip: 52722
Phone Numbers: Home: (563) 359-5503   Work: (563) 359-1371
Cell: (___)   Email Address: lwilson@aea9.k12.ia.us
Date of Birth: 7-27-1940   Sex: Male ___ Female X   Race: White
National Origin / Ethnicity: German/American  Do You Have a Disability? Yes X   No ☐

Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: Kim Ocampo   Relationship: Daughter
Address: 3610 Manchester Dr  City: Bettendorf   State: Ia  Zipcode: 52722
Zip: ___  Home Phone: 563-359-1142  Other Phone: (___)

I believe that I was discriminated against by the following organization(s): (Check those that apply)

Employer X   Union ___   Employment Agency ___   Other (Please Specify) ___

2. **Organization Contact Information**

Organization #1 Name: Black Hawk College
Address: 6600 34th Ave.
City: Moline   State: Ill  Zip: 61265  Phone: (309) 796-5000
Type of Business: Educational   Job Location if different from Org. Address: —
Human Resources Director or Owner Name: Cheryl Marsden   Phone: 309-796-5225
Number of Employees in the Organization at All Locations: Please Check (✓) One

Less Than 15 ☐    15 – 100 ☐    101 – 200 X    201 – 500 ☐    More 500 ☐

Organization #2 Name: _____
Address: _____
City: _____ State: ___ Zip: ___ Phone: (___) ___

Type of Business: _____ Job Location if not at Org. Address: _____

Human Resources Director or Owner Name: _____ Phone: _____

Number Of Employees In The Organization At All Locations: please check (✓) one

Less Than 15 ☐    15 – 100 ☐    101 – 200 ☐    201 – 500 ☐    More 500 ☐

3. Your Employment Data (Complete as many items as you can)

   Date Hired: Aug 1990    Job Title At Hire: Adjunct Instructer
   Pay Rate When Hired: _____    Last or Current Pay Rate: about $1,800 per Semester of Teaching
   Job Title at Time of Alleged Discrimination: Adjunct Instructer
   Name and Title of Immediate Supervisor: Dr. Karla Miley - Chair - Behavioral + Social Science Dep.
   IF Applicant, Date You Applied for Job _____ Job Title Applied For _____

4. What is the reason (basis) for your claim of employment discrimination?

   FOR EXAMPLE, if you are over the age of 40 and feel you were treated worse than younger employees or you have other evidence of discrimination, you should check (✓) AGE. If you feel that you were treated worse than those not of your race or you have other evidence of discrimination, you should check (✓) RACE. If you feel the adverse treatment was due to multiple reasons, such as your sex, religion and national origin, you should check all three. If you complained about discrimination, participated in someone else's complaint or if you filed a charge of discrimination and a negative action was threatened or taken, you should check (✓) RETALIATION.

   Race ☐  Sex ☐  Age ☐  Disability ☒  National Origin ☐  Color ☐  Religion ☐  Retaliation ☒  Pregnancy ☐

   Other reason (basis) for discrimination (Explain). _____

5. What happened to you that you believe was discriminatory?  Include the date(s) of harm, action(s) and include the name(s) and title(s) of the persons who you believe discriminated against you. (Example: 10/02/06 – Written Warning from Supervisor, Mr. John Soto)

   A) Date: Apr 26, 2006   Action: Dr. Miley said she wouldn't hire me because of the "health problems" I had fall 2005. She refused to reinstate Teaching Load to usual level
   Name and Title of Person(s) Responsible: Dr. Karla Miley - Chair, Behavioral + Social Sc. BLACK HAWK
   B) Date: 10-3-2006   Action: Retaliation + Threat. Mr. Roger advised Dr. Miley's supervisor not to meet with me - Threaten to initate complaint.
   Name and Title of Person(s) Responsible Mr. Gregory Rogers, Vice President of Administ. BLACK HAWK
   Describe any other actions you believe were discriminatory.
   Dr. Rose Campbell - Dr. Miley's supervisor, refused to meet with me and discuss my concerns about Dr. Miley's disability discrimination - e-mail on 11-15-2006
   _____
   _____
   _____
   _____

   (Attach additional pages if needed to complete your response.)
                SEE ADDITIONAL pages

6. What reason(s) were given to you for the acts you consider discriminatory?  By whom?  Title?

Dr. Karla Miley, Chair-Behavioral & Social Sc. Dept - ~~only~~ only said she refused to hire me because of the "health problem you had in fall 2005." She never denyed saying that or gave any other reasons.

7. Name and describe others who were in the same situation as you. Explain any similar or different treatment. Who was treated worse, who was treated better, and who was treated the same? Provide race, sex, age, national origin, religion, and/or disability status of comparator if known and if connected with your claim of discrimination. Add additional sheets if needed.

   Full Name                 Job Title                          Description
   1._____
   2._____
   3._____

   **Answer questions 8-10 only if you are claiming discrimination based on disability. If not, skip to question 11.**

8. **Please check all that apply:**    ☒   Yes, I have an actual disability
                                        ☐   I have had an actual disability in the past
                                        ☐   No disability but the organization treats me as if I am disabled

9. If you are alleging discrimination because of your disability, <u>what is the name of your disability?</u> How does your disability affect your daily life or work activities, e.g., what does your disability prevent or limit you from doing, if anything? (Example: lifting, sleeping normally, breathing normally, pulling, walking, climbing, caring for yourself, working, etc.).

Depression - on medication - no effect on daily life or work.

10. Did you ask your employer for any assistance or change in working condition because of your disability?
    YES ☐   NO ☒

    Did you need this assistance or change in working condition in order to do your job?
    YES ☐   NO ☒

    If "YES", when? _____ To whom did you make the request? Provide full name of person_____ How did you ask (verbally or in writing)? _____
    Describe the assistance or change in working condition requested?
    _____
    _____

11. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and indicate what they will say. Add additional pages if necessary.

NAME                JOB TITLE                    ADDRESS & PHONE NUMBER
A. Dr. Rose Campbell - Vice President of Inst. - Black Hawk College - 6600 34th Av Moline Ill. 61265 - denyed discrimination but gave no explaintion

NAME                JOB TITLE                    ADDRESS & PHONE NUMBER
B. Mr. Gregory Rogers - Vice President of Admin. Black Hawk College - 6600 34th Ave - Moline Ill 61265 - denyed discrimination but gave no explaintion

NAME                JOB TITLE                    ADDRESS & PHONE NUMBER
C. _____

12. Have you filed a charge previously in this matter with EEOC or another agency? YES ☐ NO ☒

13. If you have filed a complaint with another agency, provide name of agency and date of filing:
_____

14. Have you sought help about this situation from a union, an attorney, or any other source?
   YES ☐ NO ☒  - If yes, from whom and when? Provide name of organization, name of person you spoke with and date of contact. Results, if any?

_____
_____

_____                _1-2-2007_____
        Signature                                  Today's Date

If you have not heard from an EEOC office within 30 days of mailing this form, please call toll-free number shown on the letter accompanying this form. Provide the tracking number on the attached cover letter. Please make a copy of this form for your records before mailing.

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1. FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (10/2006).
2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information in an acceptable form consistent with statutory requirements to enable the Commission to act on matters within its jurisdiction. When this form constitutes the only timely written statement of allegations of employment discrimination, the Commission will, consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(b), consider it to be a sufficient charge of discrimination under the relevant statute(s).
4. ROUTINE USES. Information provided on this form will be used by Commission employees to determine the existence of facts relevant to a decision as to whether the Commission has jurisdiction over allegations of employment discrimination and to provide such charge filing counseling as is appropriate. Information provided on this form may be disclosed to other State, local and federal agencies as may be appropriate or necessary to carrying out the Commission's functions. Information may also be disclosed to respondents in connection with litigation.
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. The providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge of discrimination. It is not mandatory that this form be used to provide the requested information.